No. 673. D'ANDREA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Jerome M. Feit for respondent.

No. 684. RORER v. UNITED STATES; and
No. 724. SIMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Philip N. Brophy for petitioner in No. 684. Edward L. Carey and Walter E. Gillcrist for petitioner in No. 724. Solicitor General Cox, Assistant Attorney General Miller and Beatrice Rosenberg for the United States.

No. 694. UNITED STATES v. C. O. MASON, INC., ET AL. Court of Customs and Patent Appeals. Certiorari denied. Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal and John C. Eldridge for the United States. Harold A. Segall and Robert Layton for respondent C. O. Mason, Inc.

No. 708. INTERNATIONAL BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA (AFL-CIO) ET AL. v. C. J. MONTAG & SONS, INC., ET AL. C. A. 9th Cir. Certiorari denied. Frederick Bernays Wiener, Francis X. Ward and R. Max Etter for petitioners. Manley B. Strayer for C. J. Montag & Sons, Inc., et al., and Smithmoore P. Myers for Curtis Construction Co., respondents.

No. 706. LEVIN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Jacob W. Friedman for petitioner. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Sidney M. Glazer for the United States.